**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

Civil Action No. 1:26-cv-02293-PTG-WEF

601 ASSETS LLC, a Colorado limited liability company,

Plaintiff,

v.

ATLANTIC AVIATION WASHINGTON DULLES, LLC, a Delaware limited liability company (named in the original Complaint as Atlantic Aviation Services Inc.), and UNITED AIRLINES, INC., a Delaware corporation,

Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 83.1 of the United States District Court for the Eastern District of Virginia, the undersigned counsel, Philip M. Busman and Mark T. Clouatre[1] of the law firm of Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins"), hereby respectfully move this Court for an Order permitting withdrawal as counsel of record for Defendant United Airlines, Inc. ("United"), in the above-captioned matter. In support of this Motion, counsel states as follows:

1. Good cause exists for withdrawal because United has retained Kenneth S. Nankin as counsel and Mr. Nankin has made his appearance in this matter on behalf of United. As such, there is no longer a need for additional representation by the Nelson Mullins attorneys.

---

[1] Mr. Clouatre has not filed an appearance in this case pending in the Eastern District of Virginia, but was transferred in as counsel of record when the case was transferred from the District of Colorado.

2. Withdrawal at this stage of the proceedings will not result in any material adverse effect or material delay on the resolution of this matter.

3. The client has been notified of this intent to withdraw and consents to this motion.

WHEREFORE, Philip M. Busman and Mark T. Clouatre respectfully request that this Court grant this Motion and enter an Order permitting them to withdraw as counsel of record for United Airlines, Inc. and removing the undersigned from the electronic notice list for this case.

Respectfully submitted this 8th day of September, 2026.

*/s/ Philip M. Busman*
Philip M. Busman
Nelson Mullins Riley & Scarborough LLP
901 15th Street, NW, Suite 1200
Washington, D.C., 20005
Telephone: (202) 689-2800
Facsimile: (202) 689-2860
phil.busman@nelsonmullins.com

Mark T. Clouatre*
Nelson Mullins Riley & Scarborough LLP
1400 Wewatta Street, Suite 500
Denver, CO 80202
Telephone: (303) 583-9900
Facsimile: (303) 583-9999
mark.clouatre@nelsonmullins.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2026, a true and correct copy of the foregoing Motion to Withdraw as Counsel was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Philip M. Busman*
Philip M. Busman